UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

JOHN A. OLSSON,                            :

                          Plaintiff,     :

                                                 :

                  - against -                    :

                                                 :

VERTIS COMMUNICATIONS AND AMERICAN         :
MEDIA, INC.,                               :

                          Defendant.     :

------------------------------------------------------- x



**ORDER**

09-cv-5428 (GBD)

GEORGE B. DANIELS, United States District Judge:

*Pro se* plaintiff's motion requesting that "Judge Daniels, who is also an Afican [sic] American remove himself from this case," since plaintiff is "part Korean" and this case involves accusations against former black co-workers, is denied.

Dated: New York, New York
       August 28, 2009

SO ORDERED:

_George B. Daniel_
GEORGE B. DANIELS
United States District Judge